BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
ERIC LOREN CLAWSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ERIC LOREN CLAWSON,<br><br>JOE GRIVETTE,<br><br>             Defendants.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ERIC LOREN CLAWSON,<br><br>             Defendant. | Case No. 2:09-CR-0097 MCE,<br>  and    2:10-CR-0180 MCE<br><br>STIPULATION AND<br>ORDER VACATING HEARING ON<br>WITHDRAWN MOTION FOR<br>ACQUITTAL, SETTING DATE FOR<br>ENTRY OF PLEA AND SCHEDULING<br>CONSOLIDATED JUDGMENT AND<br>SENTENCING HEARING DATE<br><br>Date:  May 27, 2010<br>Time:  9:00 a.m.<br>Ctrm:  7(MCE) |

     IT IS HEREBY STIPULATED by Eric Loren Clawson, through his counsel, Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Russell L. Carlberg, that the hearing on the defense motion for judgment of acquittal set on May 27, 2010 at 9:00 a.m. is vacated on the

withdrawal of the motion by the defense; that the date currently set for judgment and sentencing on June 10, 2010 at 9:00 a.m. in Case No. 2:09-CR-0097 MCE be set instead at that date and time for arraignment and entry of plea in related Case No. 2:10-CR-0180 MCE; and that a consolidated judgment and sentencing hearing in both cases be set for August 12, 2010 at 9:00 a.m. Counsel for both parties so stipulate and the United States Probation Officer assigned to this matter, Officer George Vidales, joins in the parties' request regarding setting a new consolidated sentencing schedule.

On March 24, 2010, Eric Clawson was convicted by jury verdict with interference with a federally protected activity in violation of 18 U.S.C. §245(b)(2)(F).  (Case No. 2:09-CR-0097 MCE; "the civil rights case")  On April 2, 2010, counsel for Mr. Clawson filed a motion for judgment of acquittal or, alternatively, for new trial.  The hearing on the motion was continued by stipulation to May 27, 2010 at 9:00 a.m.

On May 10, 2010 the government filed an Information charging Mr. Clawson with a violation of mail fraud, under 18 U.S.C. §1341 and with criminal forfeiture.  (Case No. 2:10-CR-00180 MCE; "the mail fraud case")  Also on May 10, 2010, the government filed a request that the Court relate both cases against Mr. Clawson.  The Court ordered both cases related on May 18, 2010.  Mr. Clawson has not yet been arraigned on the mail fraud case.

On May 11, 2010, defendant Eric Clawson and his counsel signed a global consolidated sentencing agreement and waiver of appeal in the civil rights case/plea agreement regarding the

1  mail fraud case.  The document was signed by AUSA Carlberg and
2  filed in both the civil rights and the mail fraud case on May
3  19, 2010.
4       As part of the global sentencing and plea agreement on file
5  in both cases, Mr. Clawson agrees to withdraw his motion for
6  judgment of acquittal or for new trial in the civil rights case,
7  Case No. 2:09-CR-0097.  <u>Mr. Clawson hereby withdraws the motion
8  and requests the Court vacate the hearing date currently set for
9  May 27, 2010 at 9:00 a.m.</u>
10      The parties also stipulate and request that the Court
11 continue the judgment and sentencing currently set in the civil
12 rights case for June 10, 2010 at 9:00 a.m., to August 12, 2010
13 at 9:00 a.m. for consolidated sentencing proceedings in both the
14 civil rights and mail fraud case.  Rather than vacating the June
15 10 date, the parties also stipulate and request that the Court
16 permit an appearance on June 10, 2010 at 9:00 a.m. for formal
17 arraignment and entry of plea in connection with the mail fraud
18 case.
19      Finally, the parties stipulate to and request the following
20 consolidated judgment and sentencing schedule in both cases:
21      Proposed Presentence Report disclosed to counsel no later
22      than: **July 1, 2010**
23      Counsel's written objections to the Presentence Report
24      shall be delivered to U.S. Probation Office and opposing
25      counsel no later than: **July 15, 2010**
26
27      Presentence Report to be filed with Court and disclosed to
28      counsel no later than: **July 22, 2010**

1
2       Motion for Correction of Presentence Report shall be filed
3       with the Court and served on the U.S. Probation Office and
4       opposing counsel no later than: **July 29, 2010**
5
6       Reply or Statement of Non-Opposition to Motion to be filed
7       and served on all parties no later than: **August 5, 2010**
8
9       Judgment and Sentencing hearing date: **August 12, 2010 at**
10      **9:00 a.m.**
11
12      Further, the parties also stipulate that, in accord with
13  the above sentencing schedule, any sentencing memorandum shall
14  be filed with the Court and served on opposing counsel by 5:00
15  p.m. on August 5, 2010, seven calendar days in advance of the
16  date requested for judgment and sentencing.  Any response
17  thereto shall be filed with the Court and served on opposing
18  counsel by 3:00 p.m. on August 9, 2010, three calendar days in
19  advance of the date requested for judgment and sentencing.
20
21  IT IS SO STIPULATED.
22
23  DATED:    May, 25, 2010      By: //s// Emily E. Doringer for___
                                     RUSSELL L. CARLBERG
24                                   Assistant U.S. Attorney

25  DATED:    May, 25, 2010
                                 By://s// Emily E. Doringer for____
26                                   OFFICER GEORGE VIDALES,
                                     United States Probation
27                                   Office
28
    DATED:    May, 25, 2010

```
                         By: _//s// Emily E. Doringer_____
                             EMILY E. DORINGER
                             Attorney for Defendant
                             Eric Loren Clawson
```

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the defense motion for judgment of acquittal or for new trial has been withdrawn and the date previously set for hearing on the motion on May 27, 2010 at 9:00 a.m. is VACATED.

On stipulation by the parties, the judgment and sentencing date currently set for June 10, 2010 at 9:00 a.m. in connection with the civil rights case, 2:09-CR-0097 MCE, is continued for a consolidated judgment and sentencing in both the civil rights and mail fraud case, 2:09-CR-0097 MCE and 2:10-CR-0180 MCE, respectively, on August 12, 2010 at 9:00 a.m.

Also pursuant to the parties' stipulation, formal arraignment and entry of plea in the mail fraud case, 2:10-CR-0180 MCE will be set for June 10, 2010 at 9:00 a.m., in place of the previously scheduled sentencing hearing.

Finally, the new consolidated judgment and sentencing schedule is as follows—

Proposed Presentence Report disclosed to counsel no later than: **July 1, 2010**

Counsel's written objections to the Presentence Report shall be delivered to U.S. Probation Office and opposing counsel no later than: **July 15, 2010**

Presentence Report to be filed with Court and disclosed to counsel no later than: **July 22, 2010**

1
2         Motion for Correction of Presentence Report shall be filed
3         with the Court and served on the U.S. Probation Office and
4         opposing counsel no later than: **July 29, 2010**
5
6         Reply or Statement of Non-Opposition to Motion to be filed
7         and served on all parties no later than: **August 5, 2010**
8
9         Judgment and Sentencing hearing date: **August 12, 2010 at**
10        **9:00 a.m.**
11    Any sentencing memorandum shall be filed with the Court and
12    served on opposing counsel by 5:00 p.m. on August 5, 2010.  Any
13    response thereto shall be filed with the Court and served on
14    opposing counsel by 3:00 p.m. on August 9, 2010.
15
16    IT IS SO ORDERED.
17
18    DATED: May 26, 2010
19                                         _____
20                                         MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28